JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SUNG JIN SONG,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH B. EDLOW, *et al.*, *<br><br>    Defendants. | No. 2:24-cv-00396-CV (MAAx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

On October 7, 2025, the parties filed a Joint Stipulation to Voluntarily Dismiss Action Pursuant to F.R.C.P. 41(a)(1)(A)(ii) ("Stipulation"). Doc. # 19. The Court, having reviewed the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS that this action is dismissed with prejudice. Each party shall bear their own costs, fees, and expenses.

Dated:  10/29/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE